IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHIRLEY L. SHEETS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 3:04-CV-706RM |
| | ) |
| AID ASSOCIATES, INC., d/b/a PLAZA ASSOCIATES, | ) |
| | ) |
| Defendant | ) |

**OPINION AND ORDER**

Pursuant to stipulation between the plaintiff Shirley L. Sheets and Defendant, AID Associates, Inc., d/b/a Plaza Associates:

IT IS HEREBY ORDERED and agreed by and between the plaintiff Shirley L. Sheets and Defendant, AID Associates, Inc., d/b/a Plaza Associates, by their respective attorneys, that all individual claims and causes of action in the above-captioned case between Shirley L. Sheets and Defendant, AID Associates, Inc., d/b/a Plaza Associates, be dismissed in their entirety WITH PREJUDICE and without cost to any party. FED. R. CIV. P. 23(e) does not apply because that rule was amended in 2003 to apply only to a "certified class," and the putative class here has not been certified.

IT IS FURTHER ORDERED that the claims of the alleged putative class members are dismissed WITHOUT PREJUDICE. This dismissal shall bar Shirley Sheets from bringing any action based on or including any claims for which this action has been or could have been brought

against Defendant AID Associates, Inc., d/b/a Plaza Associates. All other pending motions are DENIED AS MOOT and all hearings or deadlines that had been set in this case are VACATED.

SO ORDERED.

ENTERED: July 11, 2005

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court